IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTY R. GUNTHER, | ) | Case No.1:12CV418 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **O R D E R** |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. | ) | |
| | ) | |

On February 21, 2012, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Greg White pursuant to Local Rule 72.2(b). On November 28, 2012, the Magistrate Judge recommended that the final decision of the Commissioner be vacated and the case remanded.(Dkt. #17). On December 12, 2012, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating he will not be objecting.

Therefore, Magistrate Judge White's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is vacated and the case remanded, pursuant to 42 U.S.C. § 405(g) sentence four, for further

proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated:12/19/2012  S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE