UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTY R. GUNTHER, | ) | CASE NO.1:12CV418 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | ORDER |
| Defendant. | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

This matter is before the Court on Magistrate Judge Greg White's Report and Recommendation granting in part and denying in part Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act.(ECF #26). Defendant has filed a Response to Report and Recommendation stating they will not be filing an objection.

Therefore, the Court adopts the Report and Recommendation of the Magistrate Judge and grants in part and denies in part Plaintiff's Motion and authorizes payment of $6,314.94, to be paid by the Defendant, pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 24 and, payable directly to Plaintiff's counsel, Kirk B. Roose, pursuant to

1

the Social Security Fee and Expense Agreement signed by Plaintiff.

 IT IS SO ORDERED.

Date: 5/6/2013       s/Christopher A. Boyko
            CHRISTOPHER A. BOYKO
            United States District Judge